UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NESRIN TABARU,

                                    Plaintiff,

    - against -

GUARDIAN SERVICE INDUSTRIES, INC.,

                                    Defendant.
----------------------------------------------------------------X

Case No.: 16-cv-07460 (GHW)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that the time in which Defendant Guardian Service Industries, Inc. may serve its answer, move or otherwise respond to the Complaint in this matter is hereby extended through and including November 8, 2016.

This Stipulation may be executed by facsimile or electronic mail with the same force and effect as if signed with original signatures.

Dated: New York, New York
        October 19, 2016

THE HARMAN FIRM, LLP

By: _____
Edgar M. Rivera (ER-1378)
Walker G. Harman, Jr. (WH-8044)
220 Fifth Avenue, Suite 900
New York, NY 10001
Tel: 212-425-2600
Fax: 212-202-3926
Email: erivera@theharmanfirm.com

*Attorneys for Plaintiff*

GOETZ FITZPATRICK, LLP

By: _____
Michael R. Fleishman (MF-9022)
One Penn Plaza - Suite 3100
New York, New York 10119
Tel: 212-695-8100
Fax: 212-629-4013
Email: mfleishman@goetzfitz.com

*Attorneys for Defendant*

SO ORDERED.

Dated: October 20, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge